[No. 4192.    Decided February 8, 1902.]

W. D. McFADDEN *et al.*, *Respondents*, v. MOUNTAIN VIEW MINING AND MILLING COMPANY, *Appellant*.

Appeal from Superior Court, Stevens County.—Hon. WILLIAM E. RICHARDSON, Judge. Appeal dismissed.

*W. B. and E. M. Heyburn*, for appellant.

*Stoll & Macdonald*, for respondents.

PER CURIAM.—Motion is made to dismiss the appeal in this case, for the reason that the sureties did not qualify, as provided by statute, and that there was no justification whatever by such sureties, as is provided by § 6509, Bal. Code. This case falls squarely within the rule announced in *Northern Counties Investment Trust v. Hender*, 12 Wash. 559 (41 Pac. 913); and the motion will therefore be sustained and the appeal dismissed.